# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN I MCALLISTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.E. GUNJA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00082-OWW-SKO PC<br><br>ORDER DISMISSING DEFENDANT BOISTER FROM ACTION |

　　　　Plaintiff John I. McAllister ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for civil rights violations committed by federal actors.

　　　　On June 4, 2010, Plaintiff filed a notice of voluntary dismissal of his claims against Defendant Boister. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), a plaintiff may dismiss an action against a defendant by filing a notice of dismissal before that defendant makes an appearance in the action.

　　　　Accordingly, it is HEREBY ORDERED that Defendant Boister is dismissed from this action.

IT IS SO ORDERED.

**Dated:   September 7, 2010**　　　　　　　　  **/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE