1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

JOHN I MCALLISTER,

CASE NO. 1:06-cv-00082-OWW-SKO PC

10

Plaintiff,

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

11

v.

(Doc. 43)

12

PAUL M. SCHULTZ, et al.,

13

Defendants.

_____/

14

15    Plaintiff John I. McAllister ("Plaintiff") is a federal prisoner proceeding pro se and in forma

16   pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau

17   of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for civil rights violations

18   committed by federal actors.  The matter was referred to a United States Magistrate Judge pursuant

19   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20    On July 13, 2010, the Magistrate Judge issued a Findings and Recommendations which

21   recommended that Defendants' motion for summary judgment be partially granted and partially

22   denied.  (Doc. #43.)  The Findings and Recommendations were served on all parties and contained

23   notice that any objections to the Findings and Recommendations were to be filed within thirty (30)

24   days of the date on which the Findings and Recommendations were served.  Plaintiff filed objections

25   to the Findings and Recommendations on September 2, 2010.  (Doc. #45.)

26    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court

27   has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court

28   finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

1    The Findings and Recommendations recommended that Plaintiff's claims against Defendant

2 Schultz be dismissed because Plaintiff failed to allege facts that plausibly support the conclusion that

3 Schultz deliberately ignored an excessive risk to Plaintiff's safety.  Plaintiff argues that Schultz

4 watched soft balls come over the fence and hit the sidewalk near other inmates and was thus aware

5 that there was a chance that a soft ball could strike another inmate.  However, the Court finds that

6 those facts do not plausibly support the conclusion that the risk of walking down the sidewalk was

7 so excessive that it violated Eighth Amendment standards.

8    Accordingly, the Court HEREBY ORDERS that:

9    1.    The July 13, 2010 Findings and Recommendations are ADOPTED in full;

10    2.    Plaintiff's claim against Defendant Schultz is dismissed based on the defense of

11        qualified immunity;

12    3.    Defendants' motion for summary judgment is denied, without prejudice, on all other

13        grounds;

14    4.    This action shall proceed on Plaintiff's retaliation claims against Defendants
         McCarty, Gordon, Brown, Schultz, and Martin.IT IS SO ORDERED.

15

**Dated:    September 22, 2010**              **/s/ Oliver W. Wanger**

16                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28