# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN I. McALLISTER, | CASE NO. 1:06-cv-00082-OWW-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| PAUL M. SCHULTZ, et al., | (ECF No. 50) |
| Defendants. | FIFTEEN-DAY DEADLINE |

Plaintiff John I. McAllister ("Plaintiff") is a former federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on the complaint, filed January 26, 2006, against Defendants Gordon, Martin, McCarty, Schultz, and Brown for violations of the First Amendment. On May 10, 2011, Defendants filed a motion for summary judgment. (ECF No. 50.) Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **fifteen (15) days** from the date of service of this order; and

///

///

1

2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 23, 2011**                      /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE